UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

WILLIAM L. OVERDYKE, CIV. NO. **CV99-0103 S**
Plaintiff

VERSUS                *       JUDGE **JUDGE WALTER**

WRIGHT MEDICAL TECHNOLOGY, INC.,   *   MAG. **MAGISTRATE JUDGE PAYNE**
Defendant

## SUMMONS

To   WRIGHT MEDICAL TECHNOLOGY, INC, Defendant:

You are hereby summoned and required to serve upon plaintiff's attorney, whose name and address are as follows:

> Herschel E. Richard, Jr.
> Cook, Yancey, King & Galloway
> P. O. Box 22260
>
> Shreveport, LA 71120-2260

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Robert H. Shemwell
Clerk of Court

BY: *Nancy Lundy*
Deputy Clerk



Issued this 20th day of January, 1999, pursuant to Rule 4 of the Federal Rules of Civil Procedure.