

UNITED STATES DISTRIST COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

FEB 11 1999

| | | |
|---|---|---|
| WILLIAM L. OVERDYKE, M.D. | * | CIVIL ACTION NO. CV99-0103S |
| Plaintiff | * | |
| vs. | * | JUDGE: DONALD E. WALTER |
| | * | |
| WRIGHT MEDICAL TECHNOLOGY, | * | MAGISTRATE: ROY S. PAYNE |
| Defendant | * | |

ANSWER OF WRIGHT MEDICAL TECHNOLOGY, INC.

COMES NOW Wright Medical Technology, Inc., named defendant herein, who for answer to plaintiff's Complaint, denies each and every allegation thereof except as may be admitted hereinafter, and respectfully shows:

1.

The allegations of paragraph 1 are admitted.

2.

The allegations of paragraph 2 are admitted.

3.

The allegations of paragraph 3 are admitted.

4.

The allegations of paragraph 4 are admitted.

5.



The allegations of paragraph 5 are denied; further answering, defendant shows that the contract is the best evidence

of its terms and provisions and defendant was only required to pay plaintiff those percentages set forth in the contract in exchange for the services which were to be provided by plaintiff.

6.

The allegations of paragraph 6 are denied; further answering, defendant shows it has paid plaintiff all sums due him under the contract.

7.

The allegations of paragraph 7 are denied; further answering, defendant shows it is responding to plaintiff's request for production insofar as it relates to matters which are material and relevant.

8.

The allegations of paragraph 8 are denied; further answering, defendant shows that plaintiff has breached the contract in a number of material respects, including failing to provide those specified services listed in the contract; developing a relationship with one of defendant's principal competitors which makes it impossible for plaintiff to loyally and conscientiously perform his obligations under the contract; and by no longer supporting the goals and business of defendant as is required under the contract.

9.

The allegations of paragraph 9 are denied; further answering, defendant denies it has breached the contract in any manner, shape or form and shows that it has fully performed its obligations thereunder and is not indebted to plaintiff in any amount whatsoever.

10.

Further answering, defendant alleges that the contract was fully terminated (if not terminated earlier) by virtue of a letter from plaintiff's attorney dated January 20, 1999. In truth and in fact defendant represents that plaintiff terminated the contract at some earlier date by his actions which were contrary to his obligations under the contract and were, in fact, in furtherance of the aims and objections of one of defendant's competitors.

11.

Further answering, defendant shows that no further sums are due plaintiff and, even if it is held that defendant is somehow indebted to plaintiff in any amount, this amount would be limited to the date of termination.

12.

Defendant hereby reserves its right to file a counter claim for any sums which it may have paid plaintiff after the date in

which this contract may be found to have actually been terminated by the court.

WHEREFORE, defendant prays that this answer be filed and after due proceedings had the demands of plaintiff be rejected and this suit be dismissed at plaintiff's cost.

FURTHER PRAYS that defendant's right to file a counter claim for any sums which it may have paid plaintiff after the date in which this contract may be found to have actually been terminated by the court be reserved unto defendant.

                                    THOMASON, HENDRIX, HARVEY,
                                    JOHNSON & MITCHELL

2900 One Commerce Square      By: _____
Memphis, TN 38103                  Michael G. McLaren, Bar #5100
(901) 525-8721                     per ARC
(901) 525-6722 Fax

                                    WILKINSON, CARMODY & GILLIAM

1700 Beck Building
Post Office Box 1707           By _____
Shreveport, LA 71166            Arthur R. Carmody, Jr.
(318) 221-4196                     Bar Roll No. 3906
(318) 221-3705 Fax

                                    ATTORNEYS FOR DEFENDANT,
                                    WRIGHT MEDICAL TECHNOLOGY, INC.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing answer has been mailed via U.S. Mail, postage prepaid, to counsel for plaintiff, Herschel E. Richard, Jr., Esq. and John T. Kalmbach, Esq., 333 Texas Street, 1700 Deposit Guaranty Tower, Shreveport, LA 71101, this 11th day of February, 1999.

_____
OF COUNSEL