


FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/10/99
BY _____

```
               UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF LOUISIANA
                   SHREVEPORT DIVISION
```

WILLIAM L. OVERDYKE                CIVIL ACTION NO. 99-0103

versus                             JUDGE WALTER

WRIGHT MEDICAL TECHNOLOGY, INC.    MAGISTRATE JUDGE PAYNE

## SCHEDULING ORDER

In accordance with Rule 16(b) of the Federal Rules of Civil Procedure, the following dates are set on the docket of Judge Walter. **No motion to continue the trial because of a previous trial conflict will be considered earlier than two weeks prior to the date of this trial.**

**NON-JURY TRIAL:**            March 20, 2000 at 9:00 a.m.

**PRETRIAL CONFERENCE:**       February 18, 2000 at 11:00 a.m.

**PRETRIAL ORDER:***           February 14, 2000 by NOON
(See Appendix A)

**DEADLINE:**       **FOR:**

October 6, 1999    1. **JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**

October 21, 1999   2. **WITNESS LISTS.** Plaintiff's witness list (other than experts) to defendant, to include name, address and a brief statement of the nature of their expected testimony by the date indicated. Defendant's list (other than experts) shall be delivered to plaintiff 5 business days after receipt of plaintiff's list.

November 22, 1999  3. **EXPERTS,** other than treating physicians. Plaintiff shall deliver reports in compliance with Rule 26(a)(2)(B), except for the listing of prior depositions. If there is any subsequent change in the expert's opinion, or its basis, the offering attorney must notify all counsel within 5 business days thereafter.

Immediately        4. **FURNISHING REPORTS OF TREATING HEALTH CARE**
upon receipt          **PROVIDERS.**



Revised 8/99

**December 20, 1999**   5. (a)   **DEFENDANT'S EXPERT REPORTS.**   See ¶3.

        (b)   **DISCOVERY COMPLETION**, including filing of any motions to compel. Written discovery must be served more than 30 days before the deadline.

        (c)   **DISPOSITIVE MOTIONS.**

**January 3, 2000**   6. **EXPERT DEPOSITIONS.**   Unless given earlier, experts must be available for deposition during the two weeks before this date.

**January 19, 2000**   7. **PLAINTIFF'S COUNSEL TO HOST CONFERENCE TO PREPARE PRETRIAL ORDER.**

(a)   Not later than thirty (30) days prior to the deadline for filing the pretrial order, counsel for plaintiff(s) shall serve upon counsel for all other parties the proposed contents of the pretrial order, including a list of exhibits.

(b) Within five (5) business days of receipt of plaintiff's submissions, each defense counsel shall serve upon counsel for other parties those matters to be incorporated in the pretrial order, including a list of exhibits. Additionally, defense counsel should submit any objections or changes to the proposals served by counsel for plaintiff(s).

(c)   Not later than twenty (20) days prior to the deadline for filing the pretrial order, all trial counsel shall confer to prepare the proposed pretrial order. The Court prefers that such conference occur in person, but should a face-to-face conference not be feasible or practical, parties may confer by telephone.

IT IS THE DUTY OF ALL COUNSEL TO NOTIFY THE COURT **IN WRITING** IF, AFTER REASONABLE EFFORT, ANY PARTY CANNOT OBTAIN THE COOPERATION OF OTHER COUNSEL.

**February 3, 2000**   8. (a) **MOTIONS IN LIMINE** * Any opposition thereto shall be filed at least 5 business days before the pretrial conference.

        (b)   **EXCHANGE OF A NUMBERED SET OF ALL EXHIBITS** between counsel. Each exhibit must carry the **same** exhibit number throughout, including depositions and at trial. The numbers need not be sequential, they must simply be unique and consistent as to each exhibit.

March 13, 2000      9. (a) (NON-JURY TRIALS) TRIAL BRIEF *

    Each party must deliver to chambers a memorandum consisting of only the few controlling cases and a summary of the testimony of each witness, which need not be filed nor exchanged with opposing counsel.

                 (b) (JURY TRIALS) JOINT JURY INSTRUCTIONS AND INTERROGATORIES *

In jury cases, the parties shall deliver to chambers on disk (in WordPerfect 6.1) <u>Joint</u> proposed Jury Instructions and Jury Interrogatories. In the event the parties cannot agree on one or more charges, each disputed charge shall be prepared separately including a **pinpoint** citation of the authority upon which counsel relies.

                 (c) EDITING OF TRIAL DEPOSITIONS/FILING OBJECTIONS *

All depositions to be used at trial (which must be by videotape in jury cases) shall be edited to remove all non-essential material.

    In jury cases with more than 25 pages of exhibits, all exhibits **must** be put on **CD-ROM**. In non-jury cases, a numbered set of exhibits and exhibit list shall be delivered to chambers one week prior to trial.

    THUS DONE AND SIGNED at Shreveport, Louisiana, this 8th day of September, 1999.

COPY SENT:
DATE: 9-10-99
BY: _____
TO: Richard Carmody
    S. Smith
    C. Barrell

                                      Judge Donald E. Walter

<u>* COPY OF THIS ITEM SHALL BE DELIVERED TO THE TRIAL JUDGE'S CHAMBERS.</u>

**APPENDIX "A"**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

_____
         Plaintiff

versus                              CIVIL ACTION NO. _____

_____
         Defendant

**PRETRIAL ORDER**

Following pretrial proceedings in this cause pursuant to the procedure of this court, **IT IS ORDERED**:

A.

This is an action for: (State nature of action, including damages or other relief sought and identification of parties.)

B.

The parties and their legal relationships are as follows: (State legal relationship of all parties with reference to claims, counterclaims, third-party claims, etc. In a direct action against insurer, the insured must be identified.)

C.

Statement of jurisdiction: (State the facts and statutory basis for federal jurisdiction.)

D.

The following facts are stipulated by the parties and require no proof: (Numerical listing of uncontested material facts.) To narrow issues and to eliminate unnecessary witnesses, counsel's best efforts are expected in preparing stipulations.

E.

The contested facts are: (Each issue shall be stated as a concise narrative of each party's contention about each issue; the issue SHALL NOT be offered solely as a question.) (Example: 1. The plaintiff contends the manifold was defective at the time of manufacture. 2. The defendant contends the plaintiff modified the manifold and exhaust system.)

4

F.

The contested issues of law to be determined by the Court. (Each issue shall be stated as a concise narrative of each party's contention about each issue; the issue SHALL NOT be offered solely as a question.)

G.

The following depositions and answers to interrogatories will be offered in evidence: (Prior to trial, counsel shall edit from the deposition irrelevant material.)

H.

There is no objection to the exhibits on the attached lists, except as follows: (State the basis for any objections as to each exhibit separately).

I.

This is a (jury or non-jury) case. (In a jury case, indicate whether the jury trial is applicable to all aspects of the case or identify those issues which will be tried by the jury.) Anticipated length of trial is ____ days.

J.

The issue of liability (should or should not) be tried separately from that of quantum.

K.

The undersigned hereby certify that this Pretrial Order has been formulated after (face-to-face or telephone) conference in which trial counsel for all parties were included. Reasonable opportunity has been afforded to counsel for corrections or additions, prior to signing. Hereafter, this Order shall control the course of the trial and may not be amended except by consent of the parties and the Court, or by the order of the Court to prevent manifest injustice.

APPROVED AS TO FORM AND CONTENT:

_____
Attorney for plaintiff, address and telephone number

_____
Attorney for defendant, address and telephone number

Attachments:        1.  Exhibit List – numbered index of each document to be offered, with objections thereto and basis thereof.

2.  Witness List – listing all witnesses, other than those exclusively for impeachment, separated into "may call" and "will call" lists.

### ACTION BY THE COURT

THE FOREGOING Pretrial Order has been approved by the parties to this action as evidenced by the signature of their counsel hereon, and the Order is hereby entered and will govern in the trial of this case.

Shreveport, Louisiana, this _____ day of _____, 1999.

_____
UNITED STATES DISTRICT JUDGE