

**MINUTE ENTRY**
**February 18, 2000**
**MAGISTRATE JUDGE ROY S. PAYNE**
**SHREVEPORT DIVISION**

**FILED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE ⌐2 / /3 / 00
BY _____ ⌐222_____

---

WILLIAM L. OVERDYKE                              CIVIL ACTION NO. 99-0103

VERSUS                                           JUDGE DONALD E. WALTER

WRIGHT MEDICAL TECHNOLOGY, INC.                  MAGISTRATE JUDGE PAYNE

---

The Court held a pretrial conference on February 18, 2000, in the above-captioned matter. Herschel Richard, Jr. appeared on behalf of plaintiff. Arthur R. Carmody, Jr. and Michael McLaren, by telephone, appeared on behalf of defendant. Mr. McLaren was advised to take the proper steps to formally enroll *pro hac vice*.

Bench trial is set for Monday, March 20, 2000 at 9:00 a.m. and is expected to last one day. The parties may call Elizabeth Mendell, the Judge's law clerk, on the Thursday prior to trial to ascertain the status of this trial as it is currently a third fixing on this Court's March 20, 2000 docket.

The Pretrial Order was adopted as filed. The Court deferred until trial its rulings as to objections noted by the parties in the Pretrial Order.

Parties shall convert "may call" witnesses to "will call" witnesses one week prior to trial by exchange of letter with a copy to the Court or the witnesses will be dropped. At that time, counsel shall also provide a witness list and glossary of all names and unusual terms to the court reporter, Marie Runyon c/o Clerk's Office. Real-time is available by arrangement with Mrs. Runyon, who may be contacted at 222-9203.

In lieu of proposed findings of fact and conclusions of law, counsel shall submit to this



Court on or before Monday, March 13, 2000, a brief summary of the anticipated testimony of each of their witnesses, and any controlling legal authority with pinpoint citations to the language they want the Court to consider. This information need not be exchanged with counsel or filed in the record. At that time, counsel shall also provide this Court with a copy of their exhibit book.

Any deposition testimony that counsel intend to introduce at trial in lieu of live testimony shall be provided to this Court on or before Monday, March 13, 2000. Counsel shall edit any video depositions by omitting any irrelevant colloquy between counsel. As to stenographic depositions, counsel shall highlight those portions of the deposition he wishes this Court to consider.

Counsel shall familiarize themselves with Local Rule 83.2.14 M&W.

COPY SENT:
DATE: 2-22-00
BY: JM
TO: Richard Curmody