FILED
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT LA
BY : _____
DATE: 2-25-00

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

WILLIAM L. OVERDYKE                    CIVIL ACTION NO. 99-0103

versus                                 JUDGE WALTER

WRIGHT MEDICAL TECHNOLOGY, INC.        MAGISTRATE JUDGE PAYNE

---

### SETTLEMENT CONFERENCE ORDER

All parties having requested a **SETTLEMENT CONFERENCE**, the conference **will be held before the undersigned in chambers** on **MARCH 8, 2000 at 1:30 P.M.** Trial counsel are directed to attend together with a representative of each party with full settlement authority, meaning the authority to accept the opposing party's last offer or demand if deemed appropriate by the representative. A fully authorized representative must also be present from any insurer, whether or not a party, involved in the litigation.

By **March 6, 2000** counsel shall deliver to chambers (without the need for filing or service) a confidential position letter containing (1) the key legal and factual issues involved in the case, highlighting the strongest and weakest points in the party's own position, (2) the likely range for a judgment if the plaintiff prevails, and the likelihood, as a percentage, that the plaintiff will prevail at trial, (3) the status of the current settlement negotiations, and the history of the past offers by both sides, (4) an estimate of the additional legal fees and expenses that the



party will incur through trial, and (5) a description of any other factors impeding settlement of the case. The parties are invited to attach to the position letter any major relevant medical reports, expert reports, or other documents that counsel believe may be of benefit to the court in evaluating the case. The contents of these letters, together with all other confidential communications made during the settlement conference, will not be disclosed to anyone without the express permission of the communicating party.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 25th day of February, 2000.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

COPY SENT BY: ___fm___
DATE: 2-28-00
TO: ~~RSP~~
     Richard
     Carmody