IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| WILLIAM L. OVERDYKE | CIVIL ACTION NO. 99-0103 |
| versus | JUDGE WALTER |
| WRIGHT MEDICAL TECHNOLOGY, INC. | MAGISTRATE JUDGE PAYNE |

### ORDER OF DISMISSAL

The Court having been advised by counsel that the above civil action has been settled,

IT IS ORDERED that the above captioned matter is hereby DISMISSED without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. Any motion that may be pending in this case is hereby denied as Moot.

IT IS FURTHER ORDERED that the parties submit to the Court, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all parties who have appeared in this action.

THUS DONE and SIGNED at Shreveport, Louisiana, this 7th day of March, 2000.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE