Order RSt

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

MAR 13 2000

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

WILLIAM L. OVERDYKE, M.D.

VERSUS                               CIVIL ACTION NO. 99-0103 S

WRIGHT MEDICAL TECHNOLOGY,           JUDGE WALTER
INC.                                 MAGISTRATE PAYNE

**JOINT MOTION FOR DISMISSAL**

NOW INTO COURT, through undersigned counsel, come WILLIAM L. OVERDYKE, M.D., plaintiff, and WRIGHT MEDICAL TECHNOLOGY, INC., defendant, who move the Court as follows:

1.

The parties have completely compromised and settled the claims in this proceeding.

2.

As an incident thereof, the parties agreed that all claims, demands, and this proceeding would be dismissed with prejudice.



WHEREFORE, appearers pray that this suit be dismissed with prejudice at the cost of defendant, Wright Medical Technology, Inc.

        COOK, YANCEY, KING & GALLOWAY
        A Professional Law Corporation

By: *Herschel E. Richard* [signature]
    Herschel E. Richard, Jr. #11229
    John T. Kalmbach  #24484
333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
Telephone:  (318) 221-6277
Telecopier: (318) 227-7850

ATTORNEYS FOR WILLIAM L. OVERDYKE, M.D., PLAINTIFF

BLACK & McLAREN, P.C.

By: *Michael G. McLaren by HER* [signature] *with permission*
    Michael G. McLaren
Suite 310
530 Oak Court Drive
Memphis, TN  38103
Telephone:  (901) 762-0535
Telecopier: (901) 762-0539

ATTORNEYS FOR WRIGHT MEDICAL TECHNOLOGY, INC., DEFENDANT

RECEIVED

MAR 13 2000

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

WILLIAM L. OVERDYKE, M.D.

VERSUS                                    CIVIL ACTION NO. 99-0103 S

WRIGHT MEDICAL TECHNOLOGY,                JUDGE WALTER
INC.                                      MAGISTRATE PAYNE

**O R D E R**

Considering the foregoing motion:

IT IS ORDERED, ADJUDGED, AND DECREED that all principal and incidental claims and demands in the above entitled suit and the suit itself be and the same are hereby dismissed, with prejudice, all costs to be borne by Wright Medical Technology, Inc., defendant.

THUS DONE AND SIGNED at Shreveport, Louisiana, this _____ day of _____, 2000.

_____
DISTRICT JUDGE