RECEIVED
MAR 13 2000
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/16/00
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| WILLIAM L. OVERDYKE, M.D. | |
| VERSUS | CIVIL ACTION NO. 99-0103 S |
| WRIGHT MEDICAL TECHNOLOGY, INC. | JUDGE WALTER<br>MAGISTRATE PAYNE |

**O R D E R**

Considering the foregoing motion:

IT IS ORDERED, ADJUDGED, AND DECREED that all principal and incidental claims and demands in the above entitled suit and the suit itself be and the same are hereby dismissed, with prejudice, all costs to be borne by Wright Medical Technology, Inc., defendant.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 14th day of MARCH, 2000.

_____
~~DISTRICT~~ JUDGE

COPY SENT:
DATE: 3-16-00
BY: ___
TO: Richard Carmody

-3-